IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN M. HARMER | : CIVIL ACTION |
| v. | : NO. 5: 18-175 |
| MARK CAPOZZA, *et al* | : |

## ORDER

**AND NOW**, this 28th day of April 2023, upon considering Petitioner's *pro se* Motion to vacate (ECF Doc. No 67), the Response (ECF Doc. No. 69), and for reasons in today's accompanying Memorandum, it is **ORDERED** Petitioner's Motion to vacate (ECF Doc. No. 67) is **DENIED** and we decline to issue a certificate of appealability.

KEARNEY, J.